```
                UNITED STATES BANKRUPTCY COURT
                 EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | NO: 12-50013-399 |
| | ) | CHAPTER 13 |
| Heshmatollah Attarian & | ) | Hearing Date: 12/4/13 |
| Forouzan Razavi, | ) | |
| | ) | Hearing Time: 9:00 a.m. |
| Debtors. | ) | Courtroom: 5 North |

<u>TRUSTEE'S AMENDED OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN</u>

Comes now John V. LaBarge, Jr., Standing Chapter 13 Trustee, and states as follows:

1. The Trustee still has not received the following requested items:

   a) 2012 STATE income tax return for Heshmatollah Attarian.

   b) 2012 US and STATE income tax returns for Forouzan Razavi. [If Forouzan Razavi did not file 2012 tax returns and is not required to file 2012 tax returns, please advise.]

**WHEREFORE**, the Trustee prays that the Court deny confirmation of Debtors' First Amended Chapter 13 Plan; and for such other relief as this Honorable Court deems necessary and just under the circumstances.

Respectfully Submitted,

<u>/s/ Joseph M. Wilson</u>
John V. LaBarge, Jr.
Chapter 13 Trustee

```
                         Joseph M. Wilson
                         FED#51849MO; MO#51849
                         Attorney For Trustee
                         P.O. Box 430908
                         St. Louis, MO 63143
                         (314) 781-8100
                         (314) 781-8881 (fax)
                         E-Mail: trust33@ch13stl.com
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Trustee's Objection was served this  21st  day of February 2013, electronically via CM/ECF or by depositing same in the U.S. mail, postage pre-paid, addressed to:

/s/ Joseph M. Wilson

The Bankruptcy Company
2025 S. Brentwood Blvd., Suite 206
Brentwood, MO 63144

Yolanda Banks
P.O. Box 94
Junction City, AR 71749